H. CRUGER OAKLEY, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under a Deed of Trust Dated April 4, 1914, Made by EDWARD SCHULZE and DAISY EVELYN SCHULZE, His Wife, for the Benefit of DAISY EVELYN SCHULZE and Others, Plaintiff, v. DAISY EVELYN SCHULZE, Respondent, Impleaded with ROSA DILLARD and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAYER HOFFMAN, Appellant, v. CLERGYMEN'S RETIRING FUND SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADOLPH M. ENGEL, Respondent, v. CHESTON SIMMONS and Others, Copartners, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD M. BEARD, Respondent, v. MARY R. BEARD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissenting.

RICHARD L. BROOME, Respondent, v. ALEXANDER SMITH & SONS CARPET COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. H. MONTEATH COMPANY, Respondent, v. ISAAC B. LEVY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER A. LEE, Appellant, v. BENJAMIN SERLIS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM C. RITTER and Another v. SAMUEL JOLESCH CO., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SALVATORE BIANCHENI, an Infant, etc., v. THE CITY OF NEW YORK. PASQUALINA FERRANTE v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING ROSENBERG v. KATZ GARMENT CO., INC., Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL CONRAD COHEN v. CAFÉ LYONS CO., INC. HENRY GOLDBERG v. CAFÉ LYONS CO., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZABETH DE CAMP v. K. V. SIPP, INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL LADENBURG and Another v. MAX M. HOROWITZ.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.